# PORTANOVA & ASSOCIATES

www.Portanova.com

**Phone**
(916) 444-7900

400 CAPITOL MALL, SUITE 1100
SACRAMENTO, CA 95814

**Fax**
(916) 444-7998

**Email**
wjp@portanova.com

## MEMORANDUM

June 22, 2022

TO:      Karen Kirksey Smith,
            Courtroom Deputy to the Honorable Judge William B. Shubb

FROM:    William J. Portanova

CASE NO:  <u>2:22-cr-0070 WBS</u>
            Defendant:  Sherri Papini

     The above referenced case is currently on calendar for Judgment and Sentencing on Monday, July 11, 2022. Defense counsel has spoken with AUSA Veronica Alegria and the parties are in agreement to continue Judgment and Sentencing to Monday, September 19, 2022 at 9:00 am before the Honorable Judge William B. Shubb. United States Probation Officer Julie Besabe has been notified and has no objection.

     The parties have also agreed to continue the Presentence Report schedule as follows:

Judgment and Sentencing Date:          September 19, 2022

Reply or Statement of Non-Opposition:    September 12, 2022

Formal Objections to the Presentence Report
shall be filed with the Court and served on
the Probation Officer and opposing counsel
no later than:                         September 5, 2022

The final Presentence Report shall be
filed with the Court and disclosed to
counsel no later than:                 August 29, 2022

*// // //*

Counsel's written objection to the
Presentence Report shall be delivered to
the Probation Officer and opposing counsel
no later than:                                    August 22, 2022

The draft Presentence Report shall be
disclosed to counsel no later than:              August 8, 2022


        Please let us know if you need any additional information.


                                Respectfully submitted,

                                /s/ *William J. Portanova*
                                William J. Portanova

                                Attorney for Defendant
                                Sherri Papini