**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE <u>WILLIAM B.  SHUBB</u>**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**SHERRI PAPINI,**<br>**True Name:**  Sherri Louise Papini,<br><br>Defendant. | **SENTENCING PROCEEDING MINUTES**<br>**(IN OPEN COURT)**<br><br>**Time in Court:<u> 42 minutes</u>**<br><br>CASE #:  <u>2:22CR0070-01 WBS</u><br>DATE:  <u>9/19/2022</u><br>Deputy Clerk:<u> Karen Kirksey Smith</u><br>Court Reporter:<u>  Jennifer Coulthard</u> |

| **For the Government:** | **For the Defendant:** |
|---|---|
| <u>Veronica Alegria, Asst. U.S. Attorney</u> | <u>William Portanova, Retained</u> |
| <u>Shelley Weger, Asst. U.S. Attorney</u> | **Defendant:**[X] Present  [X] Out of Custody |

[X]  **<u>Judgment and Sentencing - Date of Plea or Finding of Guilty:    4/18/2022</u> <u>to Counts 3 and 35 of the</u> <u>Information (Docket #23).</u>**

[X]  Defendant addresses the Court.

[X]  **Imprisonment:<u>    18 months as to Counts 3 and 35, to be served concurrently to each other, for a total term of</u> <u>18 months.</u>**

[X]  Surrender Date: <u>November 8, 2022 by 2:00 p.m.</u>

[X]  Defendant shall submit to the collection of DNA

[X]  The mandatory drug testing condition is suspended.

[X]  **Special Assessment**:<u>   $200 due immediately          </u>      [X ] **Fine:** <u>Waived</u>

[X]  **Total Restitution:** <u>$ 309,902.23</u>
    [X]  Restitution Payable to:<u>  the Clerk of Court, for the victims as outlined in the Restitution Attachment to</u> <u>the presentence report, payment to begin immediately.</u>

[X]  Interest is WAIVED on the **[X]** Special Assessment   **[X]** Restitution.

[X]  If incarcerated, payment of any unpaid criminal monetary penalty in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

**[X]**    **Term of supervised release**: 36 months as to Counts 3 and 35, to be served concurrently to each other, for a total term of 36 months.

**[X]**    **Conditions of supervised release**:    Refer to Judgment and Commitment order.

**[X]**    **Special Conditions**:   Refer to Judgment and Commitment order.

**[X]**    **Recommendation**:  The Court recommends that the defendant be incarcerated at a facility in California, but only insofar as this recommendation accords with security classification and space availability.

**[X]**    **Upon motion made by the Government, the Court dismisses:** Counts 1 through 2 and  4 through 34

**[X]**    **Appeal Rights:** Waived

**[X]**    **Other:**  The Court confers with counsel re the PSR.